**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-6490**

———————

TARIF ABDULLAH,

                              Petitioner - Appellant,

        versus

WARDEN,    MARYLAND    CORRECTIONAL    INSTITUTE;
ATTORNEY GENERAL OF THE STATE OF MARYLAND,

                              Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   William M. Nickerson, District Judge.
(CA-97-1305-WMN)

———————

Submitted:  July 22, 1998           Decided:  August 7, 1998

———————

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Mark Lawrence Gitomer, CARDIN & GITOMER, P.A., Baltimore, Maryland,
for Appellant.  John Joseph Curran, Jr., Attorney General, David
Jonathan Taube, Assistant Attorney General, Ann Norman Bosse,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland,
for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Tarif Abdullah seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Abdullah v. Warden, Maryland Correctional Inst.</u>, No. CA-97-1305-WMN (D. Md. Mar. 4, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>